

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00157-CR

Montranique D. **PERALTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 690655
Honorable Erica Dominguez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori Massey Brissette, Justice
              H. Todd McCray, Justice

Delivered and Filed: July 23, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by appellant and appellant's attorney. *See* TEX. R. APP. P. 42.2(a). We therefore grant the motion and dismiss this appeal. *See id.*[1]

PER CURIAM

DO NOT PUBLISH

---

[1] In her motion to dismiss, appellant requests we immediately issue mandate in this appeal. An appellate court may issue mandate before the normal timeline "if the parties so agree, or for good cause on the motion of a party." *See* TEX. R. APP. P. 18.1(c). The appellant's motion was a bare request. It does not indicate whether the State agrees to immediately issue mandate, nor does it show good cause to immediately issue mandate. Therefore, we deny appellant's request to immediately issue mandate.